**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**CENTRAL DIVISION**

**DION BROWN'EL** **PETITIONER**
**ADC #188391**

**V.** **CASE NO. 4:25-CV-01130-JM-BBM**

**DEXTER PAYNE** **RESPONDENT**

# **ORDER**

The Court has received a Recommendation for dismissal from Magistrate Judge Benecia B. Moore. No objections have been filed, and the time to do so has now passed. After careful review of the Recommendation and the record in this case, the Court concludes that the Recommendation should be, and hereby is, approved and adopted as this Court's findings in its entirety.

Plaintiff Dion Brown'el's Amended Petition for Writ of Habeas Corpus is DISMISSED without prejudice for failing to exhaust state-court remedies. The Court CERTIFIES, pursuant to 28 U.S.C. § 1915(a)(3), that any *in forma pauperis* appeal would not be taken in good faith.

IT IS SO ORDERED this 1st day of October, 2026.

UNITED STATES DISTRICT JUDGE