**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**CENTRAL DIVISION**

**DION BROWN'EL** **PETITIONER**
**ADC #188391**

**V.** **CASE NO. 4:25-CV-01130-JM-BBM**

**DEXTER PAYNE** **RESPONDENT**

# JUDGMENT

Consistent with the Order entered separately today, this case is dismissed without prejudice. All relief sought is denied, and the case is closed.

DATED this 1st day of October, 2026.

UNITED STATES DISTRICT JUDGE